# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARLETON GRAIM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-13-321-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 20, 2013, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration ("Commissioner"), denying plaintiff's applications for disability insurance and supplemental security income benefits. The Magistrate Judge recommended the Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by January 19, 2014. Plaintiff has timely filed his objections to the Report and Recommendation in its entirety.[1]

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on December 20, 2013 and

---

[1] In addition, plaintiff asserts that since filing his claim in the federal court, he has suffered additional problems including a staff infection that must be reviewed upon remand to an ALJ. However, the Court affirms the Report and Recommendation in its entirely and finds that this case should not be remanded.

(2) AFFIRMS the decision of the Commissioner.

**IT IS SO ORDERED this 21st day of January, 2014.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE